785 A.2d 425

IN THE MATTER OF PHILLIP J. SIMMS,
AN ATTORNEY AT LAW.

December 6, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision, in DRB 00–324, concluding that **PHILLIP J. SIMMS** of **WHITEHOUSE**, who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of client funds), *RPC* 1.15(d) and *R.*1:21–6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **PHILLIP J. SIMMS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.